# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135208

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRYAN ALLEN JACKSON,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135208
COA: 271158
Oakland CC: 2005-205409-FC

On order of the Court, the application for leave to appeal the September 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

s0114